# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROCKY DOWD,**

    **Plaintiff,**

**vs.**                                                **Case No. 4:04cv436-WS/WCS**

**JOHN D. ASHCROFT,**
**ATTORNEY GENERAL,**
**U. S. DEPARTMENT OF JUSTICE,**

    **Defendant.**

_____/

## O R D E R

Pursuant to the parties' jointly filed Rule 26 report, doc. 11, and the final scheduling order, doc. 12, discovery was to have been completed by September 1, 2005. Further, potentially dispositive motions are to be filed no later than within 30 days of the close of discovery, but because that day is a Saturday, the parties are advised that the motions, if desired, must be filed by Monday, October 3, 2005. The non-moving party shall then have until November 2, 2005, to respond. Docs. 11, 12. The Clerk of Court shall return this file to the undersigned by October 3, 2005. Should the parties *not* file any dispositive motions, a pre-trial conference will be scheduled shortly thereafter.

Pursuant to 28 U.S.C. § 636(c) the parties are notified that, if a trial has been demanded, they may consent to full trial before the undersigned, a magistrate judge. In accordance with § 636(c)(2), the Clerk shall forward to Plaintiff the form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent, he shall sign the form and send it to counsel for Defendant. If Defendant wishes to consent, the form shall be signed and returned to the Clerk. The parties, of course, are entirely free to withhold such consent without any adverse consequences.

Accordingly, it is **ORDERED** that:

1. The Clerk of Court shall return this file to the undersigned upon the deadline for filing potentially dispositive motions, **October 3, 2005**.

2. The parties shall have until **November 2, 2005**, to file a reply to any dispositive motion that may be filed.

3. The Clerk of Court shall forward to Plaintiff a form for consenting to trial by a magistrate judge along with this Order.

**DONE AND ORDERED** on September 19, 2005.

                        s/    William C. Sherrill, Jr.
                        **WILLIAM C. SHERRILL, JR.**
                        **UNITED STATES MAGISTRATE JUDGE**

Case No. 4:04cv436-WS/WCS