# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROCKY DOWD,**

    **Plaintiff,**

vs.                                      **Case No. 4:04cv436-WS/WCS**

**JOHN D. ASHCROFT,**
**ATTORNEY GENERAL,**
**U. S. DEPARTMENT OF JUSTICE,**

    **Defendant.**

                                            /

## SECOND REPORT AND RECOMMENDATION

On November 17, 2005, Defendant filed a motion to dismiss the *pro se* Plaintiff's complaint or, in the alternative, a motion for summary judgment. Doc. 18. Prior to resolution of that motion, the Defendant has now filed a consented motion to dismiss the complaint with prejudice as a result of settlement. Doc. 21. As the parties appear to have resolved the issues raised in this case, it is **RECOMMENDED** that the motion be **ACCEPTED** as a stipulation of dismissal with prejudice, filed pursuant to FED. R. CIV.

P. 41(a)(ii), doc. 21, and judgment entered with the Court retaining jurisdiction for enforcement purposes only.

**IN CHAMBERS** at Tallahassee, Florida, on February 1, 2006.


   s/   William C. Sherrill, Jr.
   **WILLIAM C. SHERRILL, JR.**
   **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.