IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROCKY DOWD,

        Plaintiff,

v.                                                          4:04cv436-WS

JOHN D. ASHCROFT,
ATTORNEY GENERAL,
U. S. DEPARTMENT OF JUSTICE,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 22) docketed February 1, 2006. The magistrate judge recommends that the defendant's consented motion to dismiss (doc. 21) be granted.

Upon review of the record, the court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order.

2. The defendant's motion for dismiss (doc. 21) is GRANTED as the parties have settled the case.

3. The plaintiff's complaint and this action are hereby DISMISSED with prejudice, with the court retaining jurisdiction for enforcement purposes only.

4. The clerk shall enter judgment accordingly.

DONE AND ORDERED this March 10, 2006.

      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE